# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

Case No. 6D2024-1204
Lower Tribunal No. 23-CF-015837

———————————————

DEREK SCOTT PEETE,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

———————————————

Appeal from the Circuit Court for Lee County.
Thomas S. Reese, Judge.

January 20, 2026

PER CURIAM.

AFFIRMED.

TRAVER, C.J., and WHITE and SMITH, JJ., concur.


Blair Allen, Public Defender, and Andrea M. Norgard, Assistant Public Defender, Bartow.

Derek Scott Peete, Florida City, pro se.

James Uthmeier, Attorney General, Tallahassee, and Helene S. Parnes, Manager II Assistant Attorney General, Tampa, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF FILED